THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>MARIA AMPARA AMEZQUITA GONZALEZ as Assignee of BETTER AIR NW HEATING & COOLING, LLC,<br><br>Defendants. | No. 2:26-cv-02371-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL DEADLINES**<br><br>NOTED ON MOTION CALENDAR<br>August 13, 2026 |

Having considered the Parties' Stipulated Motion to Extend Initial Deadlines, as well as the records and pleadings already on file, it is hereby ORDERED that the following deadlines are GRANTED:

| Event | Deadline |
|---|---|
| FRCP 26(f) Conference | September 18, 2026 |
| Initial Disclosures | October 2, 2026 |
| Joint Status Report | October 9, 2026 |

DATED this 17th day of August, 2026.

THE HONORABLE JAMAL N. WHITEHEAD

//



LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Presented by:

COZEN O'CONNOR

By: */s/ Jeremy Knight*
Jodi A. McDougall, WSBA No. 22060
Jeremy Knight, WSBA No. 58607
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000
E-mail:jmcdougall@cozen.com
jknight@cozen.com

*Attorneys for Plaintiff American Hallmark Insurance Company of Texas*

HERRMANN LAW GROUP

By: */s/ Anthony Marsh*
Anthony Marsh, WSBA #45194
Wing Chi "Giselle" Tam, WSBA No.62614
505 Fifth Avenue South, Suite 330
Seattle, Washington 98104
Telephone: (206) 625-9104
Email: anthony@herrmanlawgroup.com
giselle@herrmannlawgroup.com

*Attorney for Defendants Maria Amparo Amezquita Gonzalez and Better Air NW Heating & Cooling, LLC*